STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. JOHN D. CRONIN, DEFENDANT-RESPONDENT, CROSS-PETITIONER.

See same case below: 86 *N. J. Super.* 367.

*Mr. Brendan T. Byrne* and *Mr. Philip R. Glucksman* for the petitioner, cross-respondent.

*Mr. Max Mehler* for the respondent, cross-petitioner.

May 12, 1965. Denied.

SAMUEL MASTROBATTISTA, PLAINTIFF-PETITIONER, v. ESSEX COUNTY PARK COMMISSION, DEFENDANT-RESPONDENT.

See same case below: 85 *N. J. Super.* 283.

*Mr. Thomas E. Durkin, Jr.* and *Mr. John J. Cleary* for the petitioner.

*Messrs. Darby & McDonough* for the respondent.

May 12, 1965. Granted.